384 A.2d 592

**In the Matter of the ADOPTION OF Anthony Louis SABEC, II, a/k/a Anthony L. Sabec.**

**Kathleen Alma SABEC, Appellant,**

v.

**Barry D. LIVINGSTONE and Louise D. Livingstone.**

Supreme Court of Pennsylvania.

Argued March 9, 1978.

Decided April 7, 1978.

Mary Warman Terry, Warman & Warman, Uniontown, for appellant.

Robert L. Webster, Webster & Hallal, Uniontown, for Barry D. Livingstone and Louise D. Livingstone.

David E. Cohen, Uniontown, for Barry D. Livingstone and Louise D. Livingstone.

Before EAGEN, C. J., and O'BRIEN, ROBERTS, POMEROY, NIX, MANDERINO and LARSEN, JJ.

## OPINION

PER CURIAM:

Decree affirmed. Each side to pay own costs.